STATE of Missouri, Respondent,

v.

**Eddie E. GLOVER, Appellant.**

**WD 77954**

Missouri Court of Appeals, Western District.

FILED: January 26, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 2016

Application for Transfer Denied May 3, 2016

Gregory L Barnes, Jefferson City, MO for respondent.

Natalie T. Hull, Kansas City, MO for appellant.

Before Division Two: Mark D. Pfeiffer, Presiding Judge, Lisa White Hardwick and James E. Welsh, Judges

### ORDER

Per Curiam

Eddie Glover appeals from his convictions for first degree robbery and armed criminal action, following a jury trial. Glover contends the circuit court erred in: (1) denying his *Batson* challenge to the State's exercise of a peremptory strike; (2) overruling his motion to strike for cause a nonresponsive venireperson; and (3) failing to exclude an expert's testimony on the credibility of the complaining witness. For reasons explained in a Memorandum

provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).